[ORAL ARGUMENT NOT YET SCHEDULED]

No. 25-5375

_____

# UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

AMERICAN OVERSIGHT,

*Plaintiff-Appellee*,

v.

U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, et al.,

*Defendants-Appellees*.

COMMITTEE ON WAYS AND MEANS OF THE U.S. HOUSE OF REPRESENTATIVES

*Defendant-Intervenor-Appellant*.

_____

On Appeal from the U.S. District Court for the District of Columbia
(Hon. Emmet G. Sullivan, U.S. District Judge)

_____

**NONBINDING STATEMENT OF ISSUES TO BE RAISED**

Pursuant to this Court's October 24, 2025 Order, Defendant-Intervenor-Appellant Committee on Ways and Means of the U.S. House of Representatives (Committee) respectfully submits the following nonbinding statement of issues intended to be raised:

1. Whether the district court erred in concluding that five sets of email communications at issue in this case exchanged between a Congressional committee and federal agencies—each of which contained a legend, affixed by committee staff pursuant to the committee's general authorization, instructing the agencies that these documents are committee records, remain subject to committee control, are entrusted to the agency only for use in handling the matter at hand, and are not subject to the Freedom of Information Act (FOIA)—are nonetheless agency records subject to disclosure under FOIA rather than Congressional records excluded from FOIA.

Respectfully submitted,

*/s/ Matthew B. Berry*
Matthew B. Berry (D.C. Bar No. 1002470)
  *General Counsel*
Todd B. Tatelman (VA Bar No. 66008)
  *Deputy General Counsel*
Brooks M. Hanner (D.C. Bar No. 1005346)
  *Associate General Counsel*

OFFICE OF GENERAL COUNSEL
U.S. HOUSE OF REPRESENTATIVES
5140 O'Neill House Office Building
Washington, D.C. 20515
(202) 225-9700
Matthew.Berry@mail.house.gov

*Counsel for Defendant-Intervenor-Appellant*

November 21, 2025

**CERTIFICATE OF SERVICE**

I certify that on November 21, 2025, I caused the foregoing document to be filed via the United States Court of Appeals for District of Columbia Circuit CM/ECF system, which I understand caused a copy to be served on all registered parties.

<i>/s/ Matthew B. Berry</i><br>
Matthew B. Berry