[NOT SCHEDULED FOR ORAL ARGUMENT]

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| AMERICAN OVERSIGHT,<br><br>Appellee,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HEALTH & HUMAN SERVICES, *et al.*,<br><br>Appellees,<br><br>and<br><br>COMMITTEE ON WAYS & MEANS, UNITED STATES HOUSE OF REPRESENTATIVES,<br><br>Intervenor-Appellant. | No. 25-5375 |

**CERTIFICATE AS TO PARTIES, RULINGS, AND RELATED CASES**

Pursuant to D.C. Circuit Rule 28(a)(1), the undersigned counsel certifies as follows:

### A. Parties and Amici

Plaintiff-appellee is American Oversight. Defendants-appellees are the United States Department of Health and Human Services and the Office of Management and Budget. Appellant is the Committee on Ways and Means of the United States House of Representatives, which intervened as a defendant in district court. There are no amici.

### B. Orders Under Review

Appellant seeks review of the memorandum opinion (Dkt. No. 114) and order (Dkt. No. 115) entered on September 24, 2025, and the final judgment (Dkt. No. 117) entered on September 30, 2025, by the Honorable Emmet G. Sullivan in Case No. 1:17-cv-827.

### C. Related Cases

This case was previously before the Court. *See American Oversight v. HHS*, No. 22-5281 (D.C. Cir.). Counsel is unaware of any related cases under the meaning of D.C. Circuit Rule 28(a)(1)(C).

Respectfully submitted,

*/s/ Michael Shih*
MICHAEL SHIH
Counsel for Defendants-Appellees

NOVEMBER 2025

## CERTIFICATE OF SERVICE

I hereby certify that on November 24, 2025, I filed the foregoing certificate with the Clerk of the Court by using the appellate CM/ECF system. I certify that the participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

                                                             */s/ Michael Shih*
                                                             MICHAEL SHIH