# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 25-5375**                             September Term, 2025

1:17-cv-00827-EGS

Filed On: December 22, 2025 [2151591]

American Oversight,

        Appellee

    v.

United States Department of Health and
Human Services and Office of Management
and Budget,

        Appellees

Committee on Ways and Means, United
States House of Representatives,

        Appellant

## O R D E R

Upon consideration of intervenor-appellant's consent motion for extension of time to file the opening brief, it is

**ORDERED** that the motion be granted. The following revised briefing schedule will now apply in this case:

| | |
|---|---:|
| Appellant's Brief | February 9, 2026 |
| Appendix | February 9, 2026 |
| Appellees' Brief(s) | March 11, 2026 |
| Appellant's Reply Brief | April 1, 2026 |

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY:   /s/
       Michael C. McGrail
       Deputy Clerk