No. 25-5375

_____

**UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT**

_____

AMERICAN OVERSIGHT,

*Plaintiff-Appellee*,

v.

U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, et al.,

*Defendants-Appellees*.

COMMITTEE ON WAYS AND MEANS OF THE U.S. HOUSE OF
REPRESENTATIVES,

*Defendant-Intervenor-Appellant*.

_____

On Appeal from the U.S. District Court for the District of Columbia
(Hon. Emmet G. Sullivan, U.S. District Judge)

_____

**CONSENT MOTION FOR EXTENSION OF TIME
TO FILE REPLY BRIEF**

The Committee on Ways and Means of the United States House of
Representatives respectfully moves this Court for an extension of the deadline for
Appellant to file its reply brief in the above-captioned matter, from June 1, 2026, to
and including July 13, 2026. Plaintiff-Appellee American Oversight and

Defendants-Appellees the U.S. Department of Health and Human Services and the Office of Management and Budget consent to this requested extension.

Appellees' response briefs were originally due on March 11, 2026. The Court granted Appellees' unopposed request for a 60-day extension of that deadline. Appellees filed their response briefs on May 11, 2026. Appellant's reply brief is currently due on June 1, 2026.

Appellant requests this corresponding extension[1] because of (1) the need to respond to separate briefs filed by Appellees; (2) Appellant counsel's travel and vacation schedules and upcoming holidays; and (3) other matters for which Appellant counsel are responsible, including briefing deadlines on dispositive motions in *James v. Foxx*, 1:26-cv-00998 (S.D.N.Y.), *Annabi v. Ocasio-Cortez*, 1:24-cv-07367 (S.D.N.Y.), and *Abdulhaqq v. Sarah Lawrence College*, 7:25-cv-06442 (S.D.N.Y.). Further, the requested extension would provide Appellant with additional time roughly proportionate to the 60-day extension Appellees received to file their response briefs. The briefing schedule here has not been expedited, the requested extension will not appreciably delay resolution of the case, and counsel for Appellant is not aware of any prejudice that would result from an extension. This is Appellant's second request for an extension. All parties consent to this motion.

---

[1] Because a 40-day extension of time would result in a deadline of Saturday, July 11, Appellant requests an extension until Monday, July 13. *See* Fed. R. App. P. 26(a)(1)(C).

For the foregoing reasons, Appellant respectfully requests an extension of the deadline to file its reply brief to July 13, 2026.

Respectfully submitted,

*/s/ Matthew B. Berry*
Matthew B. Berry (D.C. Bar No. 1002470)
  *General Counsel*
Todd B. Tatelman (VA Bar No. 66008)
  *Deputy General Counsel*
Brooks M. Hanner (D.C. Bar No. 1005346)
  *Associate General Counsel*
Kenneth C. Daines (D.C. Bar No. 1600753)
  *Assistant General Counsel*

OFFICE OF GENERAL COUNSEL
U.S. HOUSE OF REPRESENTATIVES
5140 O'Neill House Office Building
Washington, D.C. 20515
(202) 225-9700
Matthew.Berry@mail.house.gov

*Counsel for Defendant-Intervenor-Appellant*

May 18, 2026

**CERTIFICATE OF SERVICE**

I certify that on May 18, 2026, I caused the foregoing document to be filed via the United States Court of Appeals for District of Columbia Circuit CM/ECF system, which I understand caused a copy to be served on all registered parties.

<u>*/s/ Matthew B. Berry*</u>
Matthew B. Berry

**CERTIFICATE OF COMPLIANCE**

1.      This motion complies with Fed. R. App. P. 27(d)(2) because it contains 296 words, excluding the parts exempted by Fed. R. App. P. 32(f) and Circuit Rule 32(e)(1).

2.      This motion complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type style requirements of Fed. R. App. P. 32(a)(6) because this motion has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point Times New Roman type.

/s/ Matthew B. Berry
Matthew B. Berry