# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 25-5375**

**September Term, 2025**

**1:17-cv-00827-EGS**

**Filed On: May 21, 2026** [2174557]

American Oversight,

   Appellee

  v.

United States Department of Health and
Human Services and Office of Management
and Budget,

   Appellees

Committee on Ways and Means, United
States House of Representatives,

   Appellant

**O R D E R**

Upon consideration of appellants' consent motion for extension of time to file
reply brief, it is

**ORDERED** that the motion be granted. Appellant's reply brief is now due July 13,
2026.

        **FOR THE COURT:**
        Clifton B. Cislak, Clerk

      BY: /s/
        Scott H. Atchue
        Deputy Clerk